# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| TyJuan Bolden, et. al., | )<br>) |
| Plaintiffs, | ) **ORDER**<br>) |
| vs. | )<br>) Case No. 1:15-cv-080 |
| Dawn Bacon and Sherene Roness, | )<br>) |
| Defendant. | ) |

The Clerk's office shall seal attachment No. 2 to plaintiff's proposed complaint (Docket No. 1-2) as it contains sensitive personal information.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2015.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court